**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re: DMCA Subpoena to EPORNER**

**Case No.: _____ (Misc.)**

**REQUEST FOR ISSUANCE OF SUBPOENA**

**PURSUANT TO 17 U.S.C. § 512(h)**

Petitioner Torpedo Productions, LLC ("Petitioner"), by and through undersigned counsel, hereby requests that the Clerk of this Court issue a subpoena pursuant to 17 U.S.C. § 512(h) directing EPORNER (the "Service Provider") to disclose information sufficient to identify the alleged infringer(s) described in the accompanying notification of claimed infringement. In support of this request, Petitioner states as follows:

**1. Notification of Claimed Infringement.** A copy of the notification of claimed infringement, satisfying the requirements of 17 U.S.C. § 512(c)(3)(A), is attached as **Exhibit A**. The notification identifies the copyrighted work(s) claimed to have been infringed, identifies the material claimed to be infringing and its location on the Service Provider's system or network, and is signed under penalty of perjury as required by statute.

**2. Proposed Subpoena.** A proposed subpoena, in the form prescribed by Form AO 88B and authorized by 17 U.S.C. § 512(h)(3), is attached as **Exhibit B**. The proposed subpoena directs the Service Provider to disclose information sufficient to identify the alleged infringer(s), to the extent such information is available to the Service Provider, including without limitation name, physical address, IP address, email address, and any other identifying information associated with the account(s) responsible for the infringing material identified in **Exhibit A**.

**3. Sworn Declaration.** A sworn declaration, satisfying the requirements of 17 U.S.C. § 512(h)(2)(C), stating that the purpose for which the subpoena is sought is to obtain the identity of the alleged infringer(s) and that such information will be used only for the purpose of protecting Petitioner's rights under Title 17 of the United States Code, is attached as **Exhibit C**.

**4. Clerk's Ministerial Duty.** Upon receipt of the notification described in paragraph 1, the proposed subpoena described in paragraph 2, and the sworn declaration described in paragraph 3, the Clerk of Court "shall expeditiously issue" the requested subpoena. 17 U.S.C. § 512(h)(4). This duty is ministerial and does not require judicial review or a hearing prior to issuance. See In re Subpoena to Univ. of N.C. at Chapel Hill, 367 F. Supp. 2d 945 (M.D.N.C. 2005); ALS Scan, Inc. v. RemarQ Cmtys., Inc., 239 F.3d 619, 625 (4th Cir. 2001) (describing the § 512(h) process).

WHEREFORE, Petitioner respectfully requests that the Clerk of this Court issue the subpoena attached as **Exhibit B** forthwith.

Respectfully submitted,


/s/ Marc J. Randazza
Marc J. Randazza
Florida Bar No. 625566
Randazza Legal Group
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
786-800-3500
ecf@randazza.com
Counsel for Petitioner

# <u>Exhibit A</u>

DMCA Notice(s) Sent



**5 June 2026**

<u>Via Email Only</u>

**Dmca@eporner.com**

> ***Re:*** ***Copyright Infringement – Unauthorized Distribution of Torpedo Productions Videos***

I am Richard L. McLaren  with the Randazza Legal Group, counsel for  Torpedo Productions, LLC, the owner and copyright holder of certain audiovisual works currently being distributed without authorization by your website.

It has come to our attention that your service is hosting or providing access to infringing copies of Torpedo Production's copyrighted adult video content. It appears accounts affiliated with your company active on the website Eporner.com under the names "asscamz", "LostSoul5150", "everettburch", "swaggerism", "emmiesmith54", and "HappyAlva", posted unauthorized videos belonging to our client in an effort to advertise for your business. The infringing material can be found at the following locations:

https://www.eporner.com/hd-porn/74G30AwLrV/Cuckold-husband-watches-wife-dicked-hard-asscamzdotcom/

https://www.eporner.com/video-rsvj8FmQ2a0/dirty-talking-hotwife-makes-cuck-hubby-eat-bull-s-load/

https://www.eporner.com/video-sK0rMjYs43v/milf-fuckedreversecowgirl-2-49-728mb/

https://www.eporner.com/hd-porn/BViq4C6aV2z/black-bull-fuck-white-girl/

https://www.eporner.com/hd-porn/yC9oad089MY/Cuck-Hubby-Enjoy-His-Wife-Fuck-Black-Cock/

https://www.eporner.com/video-pZqg5Fo5VRi/hotwife-bbc/

https://www.eporner.com/video-hAkkbehGSNZ/best-cuckold-wife/

I have reviewed the content and determined it is not fair use. The videos, photos, and related audiovisual works depicting Jennifer Larsen are copyrighted works owned and/or exclusively controlled by our client. These works are being reproduced, distributed, and publicly displayed by your platform without authorization, license, or permission from Torpedo Productions.

Copyright Infringement – Unauthorized Distribution of Torpedo
Productions Videos
Page 2 of 2



Torpedo Productions is the owner of the copyright in the audiovisual works at issue and has all exclusive rights to these videos. Torpedo Productions did not authorize the upload, distribution, reproduction, or public display of those works on EPORNER or any other web service. The works attributed to your platform were uploaded without her consent and therefore constitute direct infringement under 17 U.S.C. § 501.

Randazza Legal Group, PLLC, on behalf of Torpedo Productions, LLC, hereby demands that you expeditiously remove or disable access to the infringing material identified above and any substantially similar copies of the same content appearing on your service.

Additionally, please preserve any records identifying the user(s) responsible for uploading or distributing the infringing material, including account information, IP logs, and associated metadata, as such information may be required for enforcement of our client's rights. In short, if your internal policies allow for it and you would like to help ensure your company will no longer have to hear from the Randazza Legal Group, please direct us to the users providing you with this unauthorized material so we can stamp this problem out at its true source.

Additionally, please be advised that Torpedo Productions is pursuing all available remedies, including relief under the TAKE IT DOWN Act (§ 3, Pub. L. No. 119-12, 139 Stat. 55) where applicable to the unauthorized distribution of intimate visual content. Your continued hosting or facilitation of access to these materials after notice may expose your organization to additional statutory liability under applicable federal law.

Moreover, failure to promptly remove the identified content after receiving this notice may constitute an unfair or deceptive practice in violation of federal consumer protection laws. Should your service refuse or unreasonably delay removal, our client reserves the right to pursue complaints and enforcement action through the Federal Trade Commission and other appropriate regulatory authorities.

DMCA Statements

I have a good faith belief that the use of the copyrighted material described above is not authorized by the copyright owner, its agent, or the law.

The information contained in this notification is accurate, and under penalty of perjury, I state that I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Please confirm in writing once the infringing material has been removed or disabled.

Sincerely,

Richard L. McLaren

# <u>Exhibit B</u>

Proposed Subpoena

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| In re DMCA Subpeona to EPORNER | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                          EPORNER
                           100 S. Dixie Hwy., 3rd Floor, West Palm Beach, FL 33401
                              _(Name of person to whom this subpoena is directed)_

✔ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The identity of the user who posted each video in the list attached hereto.

| Place: Randazza Legal Group, PLLC<br>30 Western Ave<br>Gloucester, MA 01930 | Date and Time:<br><br>08/01/2026 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     08/01/2026

                    _CLERK OF COURT_
                                                          OR

_____          _____
     _Signature of Clerk or Deputy Clerk_                  _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_     Torpedo Productions, LLC                                    , who issues or requests this subpoena, are:

Marc J. Randazza, 30 Western Ave. Gloucester, MA 01930, staff@randazza.com, 888-887-1776

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

| Print | Save As... | Add Attachment | | Reset |

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

1)    https://www.eporner.com/hd-porn/4diZy0OHete/Interracial-cuckold-cums-in-her-pussy/

2)    https://www.eporner.com/hd-porn/74G30VAwLrV/Cuckold-husband-watches-wife-dicked-hard-asscamzdotcom/

3)    https://www.eporner.com/hd-porn/BViq4C6aV2z/black-bull-fuck-white-girl/

4)    https://www.eporner.com/hd-porn/Dhxk98kFLhg/Wife-Fucks-in-Front-of-Husband/

5)    https://www.eporner.com/hd-porn/fUiVNVehcvP/Kathleen-Having-Fun-With-BBC/

6)    https://www.eporner.com/hd-porn/iLgnIOhXnol/Rides-Bull-While-Telling-Cuck-How-It-Is/

7)    https://www.eporner.com/hd-porn/IPqMQDiolwW/Caged-Cuckold-Films-Wife-With-BBC/

8)    https://www.eporner.com/hd-porn/IPqMQDiolwW/Caged-Cuckold-Films-Wife-With-BBC/

9)    https://www.eporner.com/hd-porn/vuvceN6HBxx/Wife-Gets-Blacked-By-Black-Bull-While-Cuckold-Husband-Looks-Watch-part-2-at/

10) https://www.eporner.com/hd-porn/yC9oad089MY/Cuck-Hubby-Enjoy-His-Wife-Fuck-Black-Cock/

11) https://www.eporner.com/video-BLfHIVhqMjF/milf-ridingabbc-alt-157-790mb/

12) https://www.eporner.com/video-BLfHIVhqMjF/milf-ridingabbc-alt-157-790mb/

13) https://www.eporner.com/video-D1FFKqbgNft/milf-fuckedreversecowgirl-1-33-169mb/

14) https://www.eporner.com/video-F2MrvZAyxR2/best-cuckold-wife/

15) https://www.eporner.com/video-hAkkbehGSNZ/best-cuckold-wife/

16) https://www.eporner.com/video-l4shyn8yLrE/jen-yoga-milf-larson-in-a-cuck-trio/

17) https://www.eporner.com/video-o9PPbQpD08o/milf-ridingabbc-alt-hd2-55-213mb/

18) https://www.eporner.com/video-pZqg5Fo5VRi/hotwife-bbc/

19) https://www.eporner.com/video-rsvj8FmQ2a0/dirty-talking-hotwife-makes-cuck-hubby-eat-bull-s-load/

20) https://www.eporner.com/video-sK0rMjYs43v/milf-fuckedreversecowgirl-2-49-728mb/

21) https://www.eporner.com/video-t5xA3KxmSrU/hot-couple/

22) https://www.eporner.com/video-W5BEec54oXJ/best-cuckold-wife/

# <u>Exhibit C</u>

Casey Spring Declaration

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

*In re: DMCA Subpoena to EPORNER|   Case No.:* _____ *(Misc.)*

**DECLARATION OF CASEY SPRING IN SUPPORT OF REQUEST FOR ISSUANCE**
**OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

I, Casey T. Spring, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am authorized to act on behalf of the copyright owner of the copyrighted work(s) identified in the notification of claimed infringement attached hereto as **Exhibit A**, and I make this declaration based on personal knowledge.

2. I am a paralegal for counsel for Petitioner, Torpedo Productions, LLC, in connection with this matter and am authorized to submit this declaration on Petitioner's behalf.

3. The notification of claimed infringement attached as **Exhibit A** was sent to EPORNER on or about July 1, 2026, and satisfies the requirements of 17 U.S.C. § 512(c)(3)(A).

4. The sole purpose for which the requested subpoena is sought is to obtain the identity of the alleged infringer(s) responsible for the infringing material identified in Exhibit A, and such information will be used only for the purpose of protecting the rights of the copyright owner under Title 17 of the United States Code, including without limitation pursuing claims for copyright infringement against the identified individual(s).

5. I will not use any information disclosed in response to the subpoena for any purpose other than protecting the rights granted under Title 17 of the United States Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 1, 2026

*Casey Spring*
_____
Casey T. Spring