# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

Torpedo Productions, LLC,

      Petitioner,

                              Case No.:  6:26-mc-00023-RBD-LHP

---

### ORDER

Before the Court are three Requests for Issuance of Subpoena Pursuant to 17 U.S.C. § 512(h), filed by Petitioner Torpedo Productions, LLC, which have been construed as motions requesting issuance of subpoenas under the Digital Millennium Copyright Act, 17 U.S.C. § 512(h) ("DMCA").  Doc. Nos. 5–7.  Upon referral and consideration of same, these motions (Doc. Nos. 5–7) are due to be denied without prejudice for many of the same reasons previously set forth by the Court.  *See* Doc. No. 4.

Specifically, Petitioner previously sought issuance of two subpoenas under the DMCA to discover from two internet service providers, "EPORNER" and "LaFontera SUN LT/Cuckholds Porn," the identities of persons allegedly infringing on certain copyrights.  Doc. Nos. 1, 2.  The Court denied those motions without prejudice because: (1) the motions failed to comply with Local Rules 1.08 and 3.01(b); (2) Petitioner did not demonstrate that the subpoenas would properly

-1-

issue from this Court given that the internet service providers are not located in this District; (3) the place of compliance was in Gloucester, Massachusetts, which appeared to violate the 100-mile requirement in Federal Rule of Civil Procedure 45(c), without legal authority supporting same; and (4) there were discrepancies in Petitioner's filings regarding references to a "Jennifer Larsen," without explanation. Doc. No. 4.

The present motions seeking issuance of subpoenas directed to Babepedia, LaFontera SUN LT /Cuckholds Porn, and MMB Ventures LLC a/k/a Spank Bang, suffer from many of the same deficiencies.  Doc. Nos. 5–7.[1]

First, the motions once again fail to comply with Local Rule 1.08.  Petitioner has changed the typeface and spacing, but has again not complied with the typeface and font requirements of the Rule.  *Id.*   The motions also again fail to comply with Local Rule 3.01(b) because they do not contain a memorandum of legal authority in support.  *Id.*

Second, the proposed subpoenas reflect no address for Babepedia, an address in the United Kingdom for LaFontera SUN LT /Cuckholds Porn, and a Delaware address for MMB Ventures LLC a/k/a Spank Bang.  Doc. No. 5, at 8; Doc. No. 6, at 11; Doc. No. 7, at 11.  But Petitioner once again does not address nor provide legal

---

[1] Petitioner has now provided an explanation regarding the references to "Jennifer Larsen."  *See, e.g.*, Doc. No. 5, at 1–2.

authority demonstrating that the Middle District of Florida, Orlando Division would be the appropriate venue to issue a subpoena directed to a party without an address provided, or located outside of the state of Florida much less outside of the United States. *See* Doc. Nos. 5–7; *see also* Doc. No. 4, at 3–4 (and cases cited therein).

Third, although the renewed motions change the place of the subpoena compliance from Gloucester, Massachusetts to Tampa, Florida, Petitioner does not address whether the subpoenas would properly issue in contravention of the 100-mile requirements of Rule 45. Doc. Nos. 5–7; *see also* Doc. No. 4, at 4–5 (and cases cited therein).

Accordingly, Petitioner's motions (Doc. Nos. 5–7) are **DENIED without prejudice**. Petitioner may file renewed motions within **seven (7) days** of the date of this Order, in full compliance with the Local Rules, establishing by citation to applicable legal authority that Petitioner has satisfied the legal bases for issuance of the subpoenas, 17 U.S.C. § 512(h), and addressing the issues set forth herein. Failure to file renewed motions by this deadline will result in the closure of this miscellaneous case. Further, failure in any renewed motion to address, by citation to legal authority, the issues set forth in this and the Court's prior Order (Doc. No. 4) will result in the summary denial of the motion(s) and closure of this miscellaneous case.

-4-

**DONE** and **ORDERED** in Orlando, Florida on July 21, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties